UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                          )
                                                )
Anthony Centifanto                              ) Chapter 13 Case No. 05-63513
                                                )
                    Debtor                      )

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

   Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $6.73 into U. S. Treasury Fund 106000 for the following reasons:

   1.  That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

   2.  That the debtor's case was completed in December 2010 and a refund check was sent to the Debtor in the amount of $6.73 in January 2011.

   3.  To date the check remains uncashed.

   WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $6.73 into U.S. Treasury Fund 106000 on behalf of Debtor, Anthony Centifanto, whose last known address was 5650 Willowdale Lane, Apt. 159, Portage, IN 46368.

        **/s/   Paul R. Chael**
        Paul R. Chael, Trustee
        Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on May 2, 2011 to the attorney for the debtor and the United States Trustee and to the debtor by First Class Mail as stated below:

        /s/   Paul R. Chael
        Paul R. Chael, Chapter 13 Trustee
        401 W. 84th Drive, Suite C
        Merrillville, IN 46410
        (219) 650-4015

Anthony Centifanto, 5650 Willowdale Lane, Apt. 159, Portage, IN 46368